# EXHIBIT 1

## Claims and Investments

### Scheduled and Filed Claims

| Creditor | Scheduled Claims | | | Filed Claims | | | Type |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Schedule | Amount | C/U/D | Claim No. | Amount | Classification | |
| Prov. Tr Gp - FBO C.M. Soulier Roth IRA | F | $35,000.00 | C/U/D | 9459 | $36,000.00 | Unsecured | Note |
| Totals | | $35,000.00 | | | $36,000.00 | | |

### Investment Principal and Distributions

| Investor Name | Type | Total Outstanding Principal | Prepetition Distributions | Net Principal |
| --- | --- | --- | --- | --- |
| Prov. Tr Gp - FBO C.M. Soulier Roth IRA | Note | $35,000.00 | $5,259.78 | $29,740.22 |
| Totals | | $35,000.00 | $5,259.78 | $29,740.22 |

# EXHIBIT 2

Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25895 | 12/04/17 | 10/19/17 | CHRISTOPHER M SOULIER | $ 750.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25895 | 12/04/17 | 10/19/17 | CHRISTOPHER M SOULIER | | $ 1,000.00 |
| | | | | TOTALS - 90 DAY | 750.00 | 1,000.00 |
| | | | | NET DISBURSEMENTS - 90 DAY | | 250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21068 | 12/04/17 | 06/05/17 | CHRISTOPHER M SOULIER | | 17,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17782 | 12/04/17 | 02/23/17 | CHRISTOPHER M SOULIER | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17922 | 12/04/17 | 02/23/17 | CHRISTOPHER M SOULIER | | 3,160.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 17218 | 12/04/17 | 01/30/17 | CHRISTOPHER M SOULIER | | 780.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14300 | 12/04/17 | 12/12/16 | CHRISTOPHER M SOULIER | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14299 | 12/04/17 | 12/05/16 | CHRISTOPHER M SOULIER | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15006 | 12/04/17 | 12/05/16 | CHRISTOPHER M SOULIER | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7761 | 12/04/17 | 08/05/16 | CHRISTOPHER M SOULIER | | 590.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7015 | 12/04/17 | 07/05/16 | CHRISTOPHER M SOULIER | | 1,050.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5490 | 12/04/17 | 06/09/16 | CHRISTOPHER M SOULIER | | 3,000.00 |
| | | | | TOTALS - 2 YEAR (INCL. 90 DAY) | $ 750.00 | $ 33,080.00 |
| | | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | $ 32,330.00 |

# EXHIBIT 3

## Schedule of Claims Contributed by Investors
### Broker(s): Christopher M. Soulier

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
|---|---|---|---|---|
| | Class 3 | Class 5 | Class 3 | Class 5 |
| BRIAN J & JULIE A HORNUNG | $ 25,000.00 | $ - | $ 23,461.08 | $ - |
| EDWARD J & ARLENE F HORNUNG JRT | 25,000.00 | - | 23,704.82 | - |
| MAINSTAR-FBO BARBARA REYNOLDS | 26,000.00 | - | 24,043.50 | - |
| MAINSTAR-FBO BRUCE OXLEY | 79,000.00 | - | 73,821.11 | - |
| THE C&H GROUP | 25,000.00 | - | 22,716.67 | - |
| THE JON & MARGARET A HARDT LT | - | 400,000.00 | - | 383,405.53 |
| Totals | $ 180,000.00 | $ 400,000.00 | $ 167,747.18 | $ 383,405.53 |