Dear Sir or Madam,

December 30, 2019

United States Bankruptcy
Court for the District of Columbia

Pachulski Stang Ziehl & Jones LLP
Andrew W. Caine
Bradford J Sandler
Colin R. Robinson



FILED
2020 JAN 14 AM 11: 04
US BANKRUPTCY COURT

Case 19-51050-BLS

Hello, my name is Christopher M. Soulier and the purpose of this letter
is to respond in the very best I know how. I am writing on behalf of
myself and without legal representation because I do not have the
means to do so through a legal firm.

First, I would like state that I am a victim in this case. I was approached
by a late friend of mine, Pete Viater, a retired bank president with a
stellar reputation about the company Woodbridge as an alternative
investment for my self-direct Roth IRA in early 2016. I trusted my friend
as a professional and after he presented me with information about the
company and the process, I decided to direct my funds from my IRA to
Woodbridge through the Provident Trust Group. I was having a very
good experience with the company and as promised, I was receiving
interest payments from my investment on time and monthly.

I was later approached by the company and Pete Viater about becoming
an affiliate. After my concerns were addressed by Woodbridge and Pete
Viater in regards to not needing to have a securities license to be an
affiliate and after continuing to have a good experience with the product
and the service, I agreed to share Woodbridge with some of my friends
and family.  This was not part of my business model and I was not a
financial advisor in any capacity. I feel misled and was taken advantage
of for my reputation in the community and my relationships.

When I had found out that Woodbridge had filed for bankruptcy, I was very upset, as not only did I lose my entire Roth IRA, but my friends and family lost theirs as well. As time has since passed with this case, I was shocked to have found out what was happening internally with Woodbridge of Companies. At no time did I have any knowledge of what was happening.

In closing, I would like to ask that I be relieved of any financial liabilities with regards to this case and any future liability. I have lost all of what I had in my Roth IRA (my only retirement) and have to look at friends and family that have lost money as well. I have also lost an important role in my Native Community, where I served as a board member of our tribes business development corporation for five years. Although my reputation has sustained, I have lost the opportunity to serve the community in economic development where I was raised.


Sincerely,

Christopher M. Soulier