## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br>                Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*, <br><br>                Plaintiff, <br><br>     v. <br><br> Ascensus, LLC d/b/a Provident Trust Group, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth Ira; Christopher M. Soulier, <br><br>                Defendant. | Adv. Pro. No. 19-51050 (JKS) |

### MEDIATOR'S REPORT TO THE COURT REGARDING DEFENDANTS' FAILURE TO RESPOND

In accordance with this *Court's Order Assigning Adversary Proceeding to Mediation*, dated January 5, 2021, the undersigned mediator reports to the Court as follows:

1.    The trustee filed a complaint in the above-captioned proceeding on December 2, 2019. According to a certificate of service filed by the trustee, the trustee served the complaint via first-class mail on Mr. Soulier at 602 William Way, Waunakee, WI 53597 and 703 Lochmoore Drive, Waunakee, WI 53597, and on Ascensus, LLC, attn: Robert Guillocheau, CEO, at 4135 N Front Street, Harrisburg, PA 17110-1616 (collectively, the "defendants' addresses").

2.      On January 14, 2020, a letter was filed in this proceeding signed by Christopher M. Soulier, acting pro se. While not a formal answer to the complaint, the letter can be read to deny the allegations of the complaint. No address for Mr. Soulier was provided in the letter. Based on the filing of the letter, the undersigned presumes that Mr. Soulier received notice of the complaint through the trustee's service of the complaint at the defendants' addresses.

3.      The undersigned was appointed as mediator in this proceeding through the Court's January 5, 2021 order. On January 14, 2021, and then again on January 22, 2021, the undersigned sent letters to the defendants (via U.S. mail to the defendants' addresses), in an effort to schedule the mediation. The mailings to 703 Lochmoore were returned as "return to sender" by the U.S. postal service. The other mailings were not returned by the postal service.

4.      Local Rule 9019-5(c)(iv)(B) provides, "Willful failure to attend any mediation conference, and any other material violation of this Local Rule, shall be reported to the Court by the mediator and may result in the imposition of sanctions by the Court."

5.      Pursuant to Local Rule 9019-5, based on the defendants' failure to respond, the undersigned hereby reports that he is unable to schedule mediation of this proceeding.

Dated: July 26, 2021

/s/ *Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>Ascensus, LLC d/b/a Provident Trust Group, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth Ira; Christopher M. Soulier,<br><br>Defendant. | Adv. Pro. No. 19-51050 (JKS) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on July 26, 2021, I caused a copy of the *Mediator's Report to the Court Regarding Defendants' Failure to Respond* to be served via First Class Mail on the below parties:

Christopher M. Soulier
602 William Way
Waunakee, WI 53597

Christopher M. Soulier
703 Lochmoore Drive
Waunakee, WI 53597

ASCENSUS, LLC
Attn: Robert Guillocheau, CEO
4135 N. Front Street
Harrisburg, PA 17110-1616

Jeffrey P. Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4003

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING ARNSTEIN & LEHR LLP** 1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: July 26, 2021