**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENSUS, LLC d/b/a PROVIDENT TRUST GROUP, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF CHRISTOPHER M. SOULIER ROTH IRA; CHRISTOPHER M. SOULIER,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-51050 (JKS) |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S "PRO SE" ANSWER**

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust (the "Liquidation Trust" or "Plaintiff") formed pursuant to the *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* dated August 22, 2018 (Bankr. Docket No. 2397) (as it may be amended, modified, supplemented, or restated from time to time, the "Plan"[2]), plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through its undersigned counsel, hereby moves to strike ("Motion") the *Answer to Complaint* [Adv. Docket No. 4] (the "Answer")

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Complaint.

filed by defendant Christopher M. Soulier (the "Defendant") on January 14, 2020. In support of the Motion, Plaintiff respectfully submits as follows:

1. On December 2, 2019, plaintiff filed the *Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers, for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and for Aiding and Abetting Fraud* ("Complaint") against Ascensus, LLC, administrator and custodian for the benefit of Christopher M. Soulier Roth IRA, and Christopher M. Soulier.

2. On January 14, 2020, Defendant filed his answer. Defendant appeared *pro se*.

3. On September 4, 2020, the Court entered the *Scheduling Order* [Adv. Docket No. 22].

4. On January 5, 2021, the Court appointed Lucian B. Murley as the mediator ("Mediator") in this Adversary Proceeding.

5. On July 26, 2021, the Mediator filed a status report [Adv. Docket No. 51] which stated that the Defendant failed to respond to requests for scheduling mediation.

6. The Complaint seeks to recover $32,300 in fraudulent transfers made to the Defendant in the two years prior to the Debtors' bankruptcy filing and to hold the Defendant liable for net damages in the amount of $167,747.18 for Notes sold and $383,405.73 for Units sold in his capacity as a broker for the Debtors. The Complaint also objects to the Defendant's claims, filed and scheduled, and seek to expunge the Defendant's claims.

7. The Answer fails to deny any of the allegations set forth in the Complaint. To the contrary, the Answer admits that the Defendant sold Notes and Units to victims of the Debtors' Ponzi scheme.

8. The Defendant failed to respond to the efforts by the mediator to conduct mediation. The Defendant has failed to respond to multiple communications by counsel for the

Plaintiff. At this stage of the proceedings, the Plaintiff seeks to strike the Answer and seek entry of default against the Defendant.

9. The Answer does not assert a genuine defense to the counts of the Complaint other than the Defendant was also a victim of the Debtors' Ponzi scheme. While the Plaintiff understands the Defendant may have been caught up in the Debtors' Ponzi scheme, it does not change the fact that he received avoidable transfers and sold Notes and Units to unsuspecting victims. Defendant has failed to participate in mediation and ignored the Plaintiff's efforts to resolve this matter.

WHEREFORE, the Plaintiffs hereby request that the Court issue an Order directing the Clerk of the United Bankruptcy Court for the District of Delaware to strike the *Answer to Complaint*.

Dated: September 23, 2021
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
      acaine@pszjlaw.com
      bsandler@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel for the Plaintiff*