# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding Case No. 19-51050 (JKS) |
| vs. | |
| ASCENSUS, LLC d/b/a PROVIDENT TRUST GROUP, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF CHRISTOPHER M. SOULIER ROTH IRA; CHRISTOPHER M. SOULIER, | **Ref. Adv. Docket No. 53** |
| Defendants. | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PRO SE ANSWER

Upon consideration of the *Plaintiff's Motion to Strike Defendant's Pro Se Answer* [Adv. Docket No. 53] (the "Motion"), and after a hearing on the Motion held on October 29, 2021 (the "Hearing"), and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is DENIED without prejudice for the reasons set forth on the record of the Hearing.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2

ORDERED that this Court shall retain jurisdiction with respect to any matters arising from or related to the interpretation and implementation of this Order.

**Dated: November 1st, 2021**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**